No. 591, Misc.   YATES *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.   *Lawrence Speiser* and *Bernard Roazen* for petitioner.

No. 592, Misc.   MASSARI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Francis Kahn* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 602, Misc.   EDELL *v.* DI PIAZZA ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 625, Misc.   CHAPARRO ET AL. *v.* JACKSON & PERKINS Co. ET AL.   C. A. 2d Cir.   Certiorari denied.   *Dora Aberlin* for petitioners.   *William C. Combs* for respondents.

No. 636, Misc.   HARRIS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Robert N. Anderson* for respondent.

No. 640, Misc.   EATON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 644, Misc.   BOOKWALTER *v.* CALIFORNIA ADULT AUTHORITY.   Dist. Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 664, Misc.   ROMANO *v.* FAY, WARDEN.   C. A. 2d Cir.   Certiorari denied.